UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ANTHONY SILVA,
    Defendant.

Case No. 2:25-cr-00268-JAM

EMERGENCY MOTION TO STAY TRANSFER
PENDING COURT ACTION

Defendant Anthony M. Silva respectfully moves for a temporary stay of any custodial transfer pending this Court's action on motions already submitted and received, because transfer is ongoing, no order has issued, and continued movement threatens to moot relief and interfere with the Court's jurisdiction and Defendant's access to the courts and counsel.

1. Motions addressing arraignment timing and related procedural issues are pending before this Court and have been received. No written order has issued resolving those motions.

2. Custodial transfer is ongoing or imminent. If transfer proceeds before the Court acts, the factual posture will change in a manner that risks mooting effective relief and impairing the Court's ability to rule.

3. A temporary stay is necessary to preserve the status quo while the Court considers and resolves the pending motions. Courts routinely grant temporary stays to prevent mootness and preserve jurisdiction pending judicial action. See Nken v. Holder, 556 U.S. 418, 426–27 (2009); Beltran v. Smith, 458 U.S. 1303, 1305 (1982) (Rehnquist, J., in chambers).

4. Supervisory authority supports interim relief where events threaten to overtake review before a court can rule. See Cheney v. U.S. Dist. Court, 542 U.S. 367, 380–81 (2004); Will v. United States, 389 U.S. 90, 95 (1967).

5. Transfer pending decision would also risk interference with existing habeas jurisdiction and access to the courts, which federal courts may not permit to be defeated by custody movement. See Ex parte Endo, 323 U.S. 283, 304–07 (1944); Rumsfeld v. Padilla, 542 U.S. 426, 441 (2004).

6. This motion seeks no merits ruling and no determination regarding the manner of arraignment. It requests only a brief, administrative stay so the Court may rule on the pending matters without the risk of irreparable procedural harm.

WHEREFORE, Defendant respectfully requests that the Court enter a temporary stay of any custodial transfer pending the Court's ruling on the motions already submitted and received, or until further order of the Court.

Respectfully submitted,

Anthony Mark Silva
Defendant, Pro Se