UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ANTHONY SILVA,
    Defendant.

Case No. 2:25-cr-00268-JAM

NOTICE OF INABILITY TO PREPARE FOR SCHEDULED EVIDENTIARY HEARING IF TRANSFERRED

Defendant Anthony M. Silva respectfully submits this Notice to inform the Court of the practical and unavoidable consequences that custodial transfer would have on his ability to prepare for a forthcoming evidentiary hearing.

1. Defendant has been advised that an evidentiary hearing is scheduled for the second week of March 2026, with a firm date forthcoming.

2. Defendant is proceeding pro se for purposes of preparation and participation in that evidentiary hearing, with the assistance of counsel as applicable.

3. Defendant understands that custodial transfer is ongoing or imminent. If transfer occurs, Defendant will be unable to meaningfully prepare for the scheduled evidentiary hearing, including but not limited to:

   a. Receiving and reviewing subpoena returns and evidentiary materials in a timely manner;
   b. Conferring with counsel regarding evidentiary issues, witness examination, and hearing preparation;
   c. Accessing legal materials and preparing filings necessary to participate effectively in the hearing.

4. Transfer would materially disrupt Defendant's ability to prepare and would render the scheduled evidentiary hearing ineffective or meaningless through no fault of Defendant.

5. This Notice is submitted solely to preserve the record regarding the consequences of transfer on Defendant's ability to prepare for a scheduled judicial proceeding. Defendant does not seek a merits ruling through this Notice and does not re-litigate any pending motions.

Respectfully submitted,
Anthony Mark Silva