IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY SILVA,<br>Defendant. | CASE NO. 2:25-CR-00268-JAM<br><br>VERDICT FORM |

WE, THE JURY, FIND THE DEFENDANT, ANTHONY SILVA, AS FOLLOWS:

AS TO COUNT 1 OF THE SUPERSEDING INDICTMENT:

| GUILTY | NOT GUILTY | |
|---|---|---|
| ______________ | ________________ | of Count 1, Bank Fraud, in violation of Title 18, United States Code, Section 1344, between on or about August 10, 2020, through on or about April 27, 2021, regarding submission of a paid UI benefit application by a participant in the scheme using R.R.'s name which resulted in the payment of UI benefits, including ATM withdraws by Silva using an EDD debit card in R.R.'s name ending in 1715. |

///

///

///

///

AS TO COUNT 2 OF THE SUPERSEDING INDICTMENT:

<u>GUILTY</u> <u>NOT GUILTY</u>

______________ _______________ of Count 2, Bank Fraud, in violation of Title 18, United States Code, Section 1344, between on or about August 11, 2020, through on or about April 27, 2021, regarding submission of a paid UI benefit application by a participant in the scheme using D.A.'s name which resulted in the payment of UI benefits, including ATM withdraws by Silva using an EDD debit card in D.A.'s name ending in 4946.

AS TO COUNT 3 OF THE SUPERSEDING INDICTMENT:

<u>GUILTY</u> <u>NOT GUILTY</u>

______________ _______________ of Count 3, Bank Fraud, in violation of Title 18, United States Code, Section 1344, between on or about August 11, 2020, through on or about April 27, 2021, regarding submission of a paid UI benefit application by a participant in the scheme in T.Y.'s name which resulted in the payment of UI benefits, including ATM withdraws by Silva using an EDD debit card in T.Y.'s name ending in 5735.

AS TO COUNT 4 OF THE SUPERSEDING INDICTMENT:

<u>GUILTY</u> <u>NOT GUILTY</u>

______________ _______________ of Count 4, Bank Fraud, in violation of Title 18, United States Code, Section 1344, between on or about August 11, 2020, through on or about April 27, 2021, regarding submission of a paid UI benefit application by a participant in the scheme in Y.L.'s name which resulted in the payment of UI benefits, including ATM withdraws by Silva using an EDD debit card in Y.L.'s name ending in 8108.

AS TO COUNT 5 OF THE SUPERSEDING INDICTMENT:

<u>GUILTY</u> <u>NOT GUILTY</u>

______________ _______________ of Count 5, Bank Fraud, in violation of Title 18, United States Code, Section 1344, between on or about August 15, 2020, through on or about April 27, 2021, regarding submission of a paid UI benefit application by a participant in the scheme in J.A.'s name which resulted in the payment of UI benefits, including ATM withdraws by Silva using an EDD debit card in J.A.'s name ending in 1696.

///

///

///

AS TO COUNT 6 OF THE SUPERSEDING INDICTMENT:

| GUILTY | NOT GUILTY | |
|---|---|---|
| ______________ | ______________ | of Count 6, Bank Fraud, in violation of Title 18, United States Code, Section 1344, between on or about August 18, 2020, through on or about April 27, 2021, regarding submission of a paid UI benefit application by a participant in the scheme in D.J.'s name which resulted in the payment of UI benefits, including ATM withdraws by Silva using an EDD debit card in D.J.'s name ending in 2315. |

AS TO COUNT 7 OF THE SUPERSEDING INDICTMENT:

| GUILTY | NOT GUILTY | |
|---|---|---|
| ______________ | ______________ | of Count 7, Bank Fraud, in violation of Title 18, United States Code, Section 1344, between on or about August 21, 2020, through on or about October 12, 2020, regarding submission of a paid UI benefit application by a participant in the scheme in V.M.'s name which resulted in the payment of UI benefits, including purchases of money orders by Silva using an EDD debit card in V.M.'s name ending in 6026. |

AS TO COUNT 8 OF THE SUPERSEDING INDICTMENT:

| GUILTY | NOT GUILTY | |
|---|---|---|
| ______________ | ______________ | of Count 8, Bank Fraud, in violation of Title 18, United States Code, Section 1344, between on or about August 26, 2020, through on or about April 27, 2021, regarding submission of a paid UI benefit application by a participant in the scheme in J.T.'s name which resulted in the payment of UI benefits, including ATM withdraws by Silva using an EDD debit card in J.T.'s name ending in 8350. |

AS TO COUNT 9 OF THE SUPERSEDING INDICTMENT:

| GUILTY | NOT GUILTY | |
|---|---|---|
| ______________ | ______________ | of Count 9, Bank Fraud, in violation of Title 18, United States Code, Section 1344, between on or about October 4, 2020, through on or about October 5, 2020, regarding submission of an unpaid UI benefit application by Silva seeking UI benefits. |

///

///

///

///

AS TO COUNT 10 OF THE SUPERSEDING INDICTMENT:

| GUILTY | NOT GUILTY | |
|---|---|---|
| ____________ | ____________ | of Count 10, Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1), regarding the transfer, possession, or use of R.R.'s name on an EDD debit card, on or about April 27, 2021. |

AS TO COUNT 11 OF THE SUPERSEDING INDICTMENT:

| GUILTY | NOT GUILTY | |
|---|---|---|
| ____________ | ____________ | of Count 11, Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1), regarding the transfer, possession, or use of Y.L's name on an EDD debit card, on or about April 27, 2021. |

AS TO COUNT 12 OF THE SUPERSEDING INDICTMENT:

| GUILTY | NOT GUILTY | |
|---|---|---|
| ____________ | ____________ | of Count 12, Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1), regarding the transfer, possession, or use of J.A.'s name on an EDD debit card, on or about April 27, 2021. |

AS TO COUNT 13 OF THE SUPERSEDING INDICTMENT:

| GUILTY | NOT GUILTY | |
|---|---|---|
| ____________ | ____________ | of Count 10, Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1), regarding the transfer, possession, or use of J.T.'s name on an EDD debit card, on or about April 27, 2021. |

____________________ ____________________

DATED FOREPERSON